E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7229 GHK (Shx) | Date | December 17, 2012 |
|---|---|---|---|
| Title | RODESHIA SAMANO  v.  BANK OF AMERICA | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**     **ORDER TO SHOW CAUSE**

The Court notes that the above matter is pending before the Court with no action having been taken since the filing of the Complaint.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing within **TWELVE (12) DAYS,** hereof, why the-above entitled action should not be dismissed for failure to diligently prosecute pursuant to Local Rule 41-1 of this Court.

Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceeding having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution. Failure of the Plaintiff to timely and adequately respond as required herein will be deemed his abandonment of the above action. In that event, the above matter will be dismissed without further notice from the Court, without prejudice for failure to diligently prosecute and for failure to comply with the Court's order.

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| | Initials of Preparer    Bea |